~~AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕~~

# UNITED STATES DISTRICT COURT

*****          DISTRICT OF   NEVADA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, *EX REL*., EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | BK-10-52249 (Chapter 11) Jointly Administered with: |
| Appellant, | 10-52249 ARVCO Capital Research, LLC |
| vs. | 10-52251 ARVCO Financial Ventures, LLC |
| | 10-52252 ARVCO Art, Inc. |
| ALFRED J.R. VILLALOBOS and ARVCO CAPITAL RESEARCH, LLC, a Nevada limited liability company, | **3:10-CV-00598-ECR-RAM** |
| Appellees. | |

---------------------------------------------------------

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the bankruptcy court's Order of 9/13/2010 denying Appellant's Police Power Exemption Motion is REVERSED and the matter is REMANDED to the bankruptcy court for further proceedings not inconsistent with this Order.

|   June 24, 2011   | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |