```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | |
|---|---|
| IN RE: ) | 3:10-cv-00598-ECR-RAM |
| ) | |
| ALFRED J.R. VILLALOBOS, an ) | MINUTES OF THE COURT |
| individual, ) | |
| ) | DATE: September 9, 2011 |
|     Debtor. ) | |
| _____ ) | |
| THE PEOPLE OF THE STATE OF ) | |
| CALIFORNIA, *EX REL*., EDMUND G. ) | |
| BROWN JR., ATTORNEY GENERAL OF ) | |
| THE STATE OF CALIFORNIA, ) | |
| ) | |
|     Appellant, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALFRED J.R. VILLALOBOS and ARVCO ) | |
| CAPITAL RESEARCH, LLC, ) | |
| ) | |
|     Appellees. ) | |
| _____ ) | |

PRESENT:      EDWARD C. REED, JR.                         U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

<u>MINUTE ORDER IN CHAMBERS</u>

    Debtors-Appellants' Motion to Stay Pending Appeal (#34) is **DENIED**. Debtor-Appellants request a stay of the enforcement of this Court's Amended Order (#24) and Judgment (#25) pending appeal.  The basis for the requested stay is that the state court action exempted from the automatic bankruptcy stay by our Amended Order (#24) "will be extraordinarily expensive, divert Debtors' limited time and resources away from rebuilding their businesses and revenue stream, and substantially undermine reorganization." (Mot. to Stay at 11 (#34).)  We do not find that the potential harm in this case rises to the level of irreparable harm ordinarily required for a stay pending appeal.

    Debtor-Appellants may, however, seek a stay of the state court proceedings through the Ninth Circuit Court of Appeals.

                                                 LANCE S. WILSON, CLERK

                                                 By _____/s/_____
                                                         Deputy Clerk